UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STEVEN CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ARBUCKLE, an individual; et al,<br><br>Defendant. | No. 2:17-cv-02385-MCE-KJN<br><br>**ORDER** |

On June 13, 2019, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute. ECF No. 8. On June 21, 2019, Plaintiff's counsel filed a Response (ECF No. 9), informing the Court that Plaintiff is deceased, and no estate was established to continue this action. Id. Accordingly, Plaintiff's counsel requested that this case be dismissed. Id. Pursuant this request, and for good cause, this action is DISMISSED with prejudice, each party bearing its own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE